**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Brittany S. Scott (State Bar No. 327132)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
          bscott@bursor.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE individually and on behalf of all other persons similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>PHILLIP MORRIS INTERNATIONAL INC. and SWEDISH MATCH NORTH AMERICA, LLC,<br><br>　　　　　　　　　　Defendants. | Case No.<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO PROCEED UNDER A PSEUDONYM AND [PROPOSED] ORDER** |

Plaintiff John Doe ("Plaintiff"), on behalf of himself and all others similarly situated, hereby moves this Court for an order allowing Plaintiff to proceed with this action with a caption using the pseudonym John Doe and to prosecute this action under this pseudonym.

### STATEMENT OF POSITIONS

Pursuant to Local Rule 233(a)(5), Plaintiff could not ascertain the position of Defendants regarding this motion, as Defendants have not yet been served in this matter.

### MEMORANDUM IN SUPPORT

This case is a putative class action against Phillip Morris International Inc. and Swedish Match North America, LLC ("Defendants") for its false and misleading marketing and sales of ZYN oral nicotine pouches. Complaint, ¶¶ 1-11. Oral nicotine pouches are the latest chapter of the tobacco-company playbook, including the playbook of Defendants, to hook adolescents and young adults on nicotine – a highly addictive drug – thereby creating a captured market for nicotine products. *Id.* ¶ 2. Defendants made a targeted effort to push ZYN on adolescents and young adults, emphasizing the ability to use it discretely – "They're smoke-free, spit-free and hands-free" and "can be used anywhere" without the need for refills or batteries. *Id.* ¶ 9. Moreover, Defendants promoted ZYN through the use of social media influencers, appealing flavors and packaging and an advertising campaign designed to make it appear that using ZYN was fun and cool. *Id.*

Plaintiff is an adult citizen of the state of California residing in Rancho Cordova, California. *Id.* ¶ 15. Plaintiff first used ZYN when under the age of eighteen. *Id.* ¶ 120. In or about December 2022, when a minor, Plaintiff John Doe purchased and used flavored ZYN – namely, menthol. *Id.* ¶ 123. Plaintiff purchased ZYN from a smoke shop in Rancho Cordova, California. *Id.*

Plaintiff brings this action against Defendants under a pseudonym due to the fact that it is involves conduct that occurred when Plaintiff was a minor and, thus, may subject him to ridicule or personal embarrassment.

The Ninth Circuit has provided the following guidance:

> In this circuit, we allow parties to use pseudonyms in the 'unusual case' when nondisclosure of the party's identity 'is necessary…to protect a person from harassment, injury, ridicule or personal

embarrassment.'…We join our sister circuits and hold that a party may preserve his or her anonymity in judicial proceedings in special circumstances when the party's need for anonymity outweighs prejudice to the opposing party and the public's interest in knowing the party's identity.

*See Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1067-68 (9th Cir. 2000); *see also Doe v. United Services Life Ins. Co.*, 123 F.R.D. 437 (S.D.N.Y. 1988) (allowing a plaintiff to sue an insurance company anonymously to allow him to keep his sexual orientation private); *Doe v. Deschamps*, 64 F.R.D. 652, 653 (D. Mont. 1974) (permitted plaintiff in abortion suit to use pseudonym due to the personal nature of pregnancy). In light of the facts above, Plaintiff's need for anonymity outweighs any prejudice to the public in knowing Plaintiff's identity. (There is no prejudice to Defendants because Plaintiff provided his name to Defendants in his March 22, 2024 demand letter.)

Plaintiff respectfully requests that the Court grant the requested relief at this time and allow Plaintiff to proceed anonymously. For all the reasons stated above, Plaintiff respectfully requests that the Court enter the Proposed Order below.

Dated: April 1, 2024　　　　　　　　　　　Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:  */s/ Brittany S. Scott*

L. Timothy Fisher (State Bar No. 191626)
Brittany S. Scott (State Bar No. 327132)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
　　　　　bscott@bursor.com

*Counsel for Plaintiff and the Putative Class*

**[PROPOSED] ORDER**

UPON THE ADMINISTRATIVE MOTION of Plaintiff John Doe, it is hereby ordered:

Plaintiff may proceed with this action using the pseudonym John Doe, and with a caption reflecting that pseudonym.

IT IS SO ORDERED.

Date: _____          _____
                                                                    United District Court Judge