Michael R. Doyen (SBN 119687)
michael.doyen@mto.com
Daniel B. Levin (SBN 226044)
daniel.levin@mto.com
Bethany W. Kristovich (SBN 241891)
bethany.kristovich@mto.com
John L. Schwab (SBN 301386)
john.schwab@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

*Attorneys for Defendant*
*Swedish Match North America, LLC*

Christine G. Rolph (SBN 190798)
christine.rolph@lw.com
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 2004-1304
Telephone:  (202) 637-2200
Facsimile:   (202) 637-2201

*Attorney for Defendant*
*Philip Morris International Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PHILIP MORRIS INTERNATIONAL INC. and SWEDISH MATCH NORTH AMERICA, LLC,<br><br>Defendants. | Case No. 2:24-CV-00987-TLN-CKD<br><br>**STIPULATION AND ORDER FOR BRIEFING SCHEDULE FOR PLAINTIFF'S ADMINISTRATIVE MOTION TO PROCEED UNDER A PSEUDONYM**<br><br>Complaint Filed: March 29, 2024<br>Judge:   Hon. Troy L. Nunley |

1    Plaintiff John Doe and Defendants Swedish Match North America LLC ("Swedish Match") and Philip Morris International Inc. ("PMI"), by and through their respective counsel, hereby stipulate to the below briefing schedule to resolve Plaintiff's Administrative Motion to Proceed Under a Pseudonym. The parties agree and stipulate as follows:

WHEREAS on April 1, 2024, Plaintiff filed an Administrative Motion to Proceed Under a Pseudonym (ECF No. 2);

WHEREAS, this Court ordered Plaintiff to serve the Motion on Defendants and allowed Defendants 21 days from their first appearance to file an opposition or statement of non-opposition;

IT IS HEREBY STIPULATED by and between Plaintiff John Doe and Defendants Swedish Match and PMI:

1. Defendants shall file their Oppositions, if any, to Plaintiff's Administrative Motion to Proceed Under a Pseudonym no later than May 8, 2024;

2. Plaintiff shall file his Reply, if any, no later than May 18, 2024.

The parties submit that this schedule will facilitate prompt resolution of Plaintiff's Motion.

Pursuant to Local Rule 131(e), counsel for PMI and counsel for Plaintiff have authorized the submission of this document.

Defendants do not waive any jurisdictional, affirmative, or other defenses.[1]

---

[1] The filing of this stipulation is not intended to waive and should not be construed to waive any challenge to personal jurisdiction or other defense available to Defendants under Rule 12(b). *See Freeney v. Bank of Am. Corp.*, 2015 WL 4366439, at *20 (C.D. Cal. July 16, 2015) (filing a notice of related cases, notice of appearance, and motion for extension of time to answer did not constitute a waiver of Rule 12(b) defense).

Dated: April 17, 2024

Respectfully submitted,

**MUNGER, TOLLES & OLSON LLP**

By: */s/ Bethany W. Kristovich*

Michael R. Doyen (SBN 119687)
michael.doyen@mto.com
Daniel B. Levin (SBN 226044)
daniel.levin@mto.com
Bethany W. Kristovich (SBN 241891)
bethany.kristovich@mto.com
John L. Schwab (SBN 301386)
john.schwab@mto.com

*Attorneys for Defendant Swedish Match North America LLC*

Dated: April 17, 2024

**LATHAM & WATKINS LLP**

By: */s/ Christine G. Rolph*

Christine G. Rolph (SBN 190798)
christine.rolph@lw.com

*Attorney for Defendant Philip Morris International Inc.*

Dated: April 17, 2024

**BURSOR & FISHER, P.A.**

By: */s/ Brittany S. Scott*

Brittany S. Scott (SBN 327132)
bscott@bursor.com

*Attorney for Plaintiff and the Putative Class*

Pursuant to the foregoing stipulation, **IT IS SO ORDERED.**

Dated: April 17, 2024

_____
Troy L. Nunley
United States District Judge