**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Brittany S. Scott (State Bar No. 327132)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
       bscott@bursor.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646)-837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com

**DRURY LEGAL, LLC**
Scott R. Drury (State Bar No. 355002)
6 Carriage Lane
Highwood, Illinois 60040
Telephone: (312) 358-8225
E-mail: scott@drurylegal.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBIN BATES-FERREIRA individually and on behalf of all other persons similarly situated,<br><br>                     Plaintiff,<br>   v.<br><br>PHILLIP MORRIS INTERNATIONAL INC. and SWEDISH MATCH NORTH AMERICA, LLC,<br>                     Defendant. | Case No. 2:24-cv-00987-TLN-CKD<br><br>**DECLARATION OF BRITTANY S. SCOTT IN SUPPORT OF PLAINTIFF'S OPPOSITION TO SWEDISH MATCH NORTH AMERICA LLC'S MOTION TO STAY**<br><br>Judge:  Hon. Troy L. Nunley |

I, Brittany S. Scott, declare as follows:

1. I am an attorney duly licensed to practice in the State of California and am an Associate at Bursor & Fisher, P.A. I represent Plaintiff Tobin Bates-Ferreira in this matter. I make this declaration in support of Plaintiff's Opposition to Swedish Match North America LLC's Motion to Stay. I have personal knowledge of the facts contained in this declaration, and if called upon to testify I could and would testify competently thereto.

2. On April 3, 2024, Jeffrey L. Haberman of Schlesinger Law Offices, P.A. emailed my colleague L. Timothy Fisher regarding this case. A true and correct copy of the April 3, 2024 email is attached hereto as **Exhibit 1**.

3. Later that day, I participated in a telephone call between Schlesinger attorneys and Plaintiff's counsel, during which Plaintiff's counsel confirmed the existence of this case. At no point did the participants on the call make any agreements regarding the coordination of *Kelly v. Swedish Match North America, LLC.*, No. 0:24-cv-60437-WPD (S.D. Fla.) and the above-captioned case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 6th day of August 2024 in Walnut Creek California.

                                                              */s/ Brittany S. Scott*
                                                                Brittany S. Scott

**EXHIBIT 1**



L. Timothy Fisher <ltfisher@bursor.com>

## Zyn Complaint
1 message

**Jeffrey L. Haberman** <JHaberman@schlesingerlaw.com>  Wed, Apr 3, 2024 at 9:12 AM
To: "ltfisher@bursor.com" <ltfisher@bursor.com>
Cc: "Jonathan R. Gdanski" <Jonathan@schlesingerlawoffices.com>

Good morning, Timothy,

Hope you are doing well.  We saw that you recently filed a class action complaint regarding Zyn in the ED Cal.  We have Zyn cases on file too.  Do you have some time to talk with us today?  We're on eastern time.  Let us know.

Thanks,
Jeff



**Jeffrey Haberman**
Attorney

1212 Southeast Third Avenue
Fort Lauderdale, Florida 33316
**O**    (954) 467-8800
**F**    (954) 320-9509

JHaberman@schlesingerlaw.com
www.SchlesingerLawOffices.com

*NOTICE*: THE CONFIDENTIALITY OF THIS E-MAIL AND ATTACHMENTS ARE PROTECTED BY THE ELECTRONIC COMMUNICATIONS **PRIVACY ACT,18 U.S.C. §§ 2510-2521**.IF YOU RECEIVED THIS EMAIL IN ERROR, PLEASE DELETE IT FROM YOUR SYSTEM & NOTIFY US AT *1-877-467-8800*.



**Jeffrey Haberman**
Attorney

1212 Southeast Third Avenue
Fort Lauderdale, Florida 33316
O  (954) 467-8800

JHaberman@schlesingerlaw.com
**www.SchlesingerLawOffices.com**

***NOTICE:*** THE CONFIDENTIALITY OF THIS E-MAIL AND ATTACHMENTS ARE  PROTECTED BY THE ELECTRONIC COMMUNICATIONS  **PRIVACY ACT,18 U.S.C. §§ 2510-2521**. IF YOU RECEIVED THIS EMAIL IN ERROR, PLEASE DELETE IT FROM YOUR SYSTEM & NOTIFY US AT **1-877-467-8800**.